In the Matter of the Application of THE SEA BEACH RAILWAY COMPANY, Respondent, to Compel Payment of an Award.

THE COMPTROLLER OF THE CITY OF NEW YORK, Appellant.

*Matter of Sea Beach Railway Co.*, 121 App. Div. 907, affirmed.
(Argued October 11, 1909; decided October 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 4, 1907, which affirmed an order of Special Term directing payment of certain awards theretofore made in street opening proceedings.

*Francis K. Pendleton, Corporation Counsel (James F. Quigley* of counsel), for appellant.

*D. A. Marsh* and *George D. Yeomans* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.